**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00206-APG-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| LESLIE M. KOTLER, | |
| Defendant. | |

Upon review of the record and the Government's unopposed motion, the court finds that the request for a credit of $27,458 toward the Defendant's restitution obligation should be granted. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall credit an additional $27,458 toward Defendant's outstanding restitution balance.

Dated this __28th__ day of __September__ 2016.

_____
Honorable Andrew P. Gordon
United States District Judge

1