**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff

v.

LESLIE M. KOTLER,

Defendant

Case No.: 2:14-cr-00206-APG-CWH

**Order for Status Report**

I previously ordered the United States to show cause why it should not have to return $75,000 levied from defendant Leslie Kotler. ECF No. 52. The United States responded that the "IRS should not have levied on [Kotler's] bank account" and was "in the process of returning [Kotler's] money." ECF No. 53 at 3.

I HEREBY ORDER the United States to file a status report about its effort to refund the money by September 30, 2026.

I FURTHER ORDER the clerk of court to send a copy of this order to Leslie Kotler at the following address: 487 Cape Alan Drive, Henderson, Nevada 89052.

I FURTHER ORDER the United States to send a copy of its response to Leslie Kotler at the above address.

DATED this 15th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE